UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In RE:<br>    Michael A. Walker and<br>    Nicole R. Walker<br><br>    Debtors. | Case No.:  17-41999 EDK<br><br>Chapter:  13 |

AGREEMENT BETWEEN CONSUMER PORTFOLIO SERVICES, INC. AND DEBTOR

**NOW COME** Michael A. Walker and Nicole R. Walker, Debtors and Consumer Portfolio Services, Inc. and hereby agree as follows:

Background

(1) The Debtor filed for bankruptcy on November 17, 2017 under chapter 13 of the Bankruptcy Code.

(2) Prior to filing for bankruptcy, the Debtor owned a 2010 GMC Arcadia. To purchase said car the Debtor obtained financing through Consumer Portfolio Services, Inc., whom holds a security interest in the 2010 GMC Arcadia.

(3) A dispute has arisen between the parties regarding valuation of the 2010 GMC Arcadia which the parties now agree to resolve.

**The Debtor and Consumer Portfolio Services, Inc. agree as follows:**

(4) The Debtor shall bifurcate and cram down the secured claim of Consumer Portfolio Services, Inc.

(5) Consumer Portfolio Services, Inc., shall have a secured claim in the amount of $9,000.00 plus 5% interest to be paid through the Debtor's chapter 13 plan.

(6) Consumer Portfolio Services, Inc. shall have an allowed unsecured claim in the amount of $8,584.74 and shall be allowed a distribution as an unsecured creditor in this amount.

(7) The parties agree that the 2010 GMC Arcadia has a current fair market value of $9,000.00 and that the proper interest rate to be paid is 5%.

(8) The Debtors shall file an amended plan within 30 days of approval of this stipulation.

Dated:  February 13, 2018

Respectfully Submitted by,

Michael A Walker and Nicole R Walker,

Through Counsel,

/s/ Robert W. Kovacs, Jr.
Robert W. Kovacs, Jr.
Bar No.:  671497
Kovacs Law, P.C.
131 Lincoln Street
Worcester, MA 01605
Telephone No.: (508) 926-8833
E-mail: Robert@KovacsLawFirm.com

CONSUMER PORTFOLIO SERVICES, INC.

By its attorneys,

/s/ Michael H. Theodore
Michael H. Theodore, Esquire
500 West Cummings Park, Suite 2350
Woburn, Massachusetts 01801
(781) 494-0200
Mtheodore@cohnanddussi.com