UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>MICHAEL A. WALKER<br>NICOLE R. WALKER,<br>    Debtors | Chapter 13<br>Case No. 17-41999-EDK |

### CHAPTER 13 TRUSTEE'S OBJECTION TO
### CONFIRMATION OF DEBTORS' AMENDED CHAPTER 13 PLAN

NOW COMES Denise M. Pappalardo, the Standing Chapter 13 Trustee (the "Trustee"), and hereby objects to confirmation of the Debtors' Amended Chapter 13 Plan (the "Plan"). In support hereof, the Trustee submits the following:

1. The Debtors are seeking to modify the secured claim of Consumer Portfolio Services. The Debtors erroneously listed the claim in Part 8(5).

2. Given the above, confirmation should be denied.

WHEREFORE, the Trustee requests this Court:

1. Deny confirmation of the Debtors' Amended Chapter 13 Plan;

2. Order the Debtors to file an amended plan; and

3. Grant such other relief as the Court deems just and necessary.

Respectfully submitted,
Standing Chapter 13 Trustee

Dated: 7/25/18

/s/Joanne Psilos
Denise M. Pappalardo, Trustee
BBO # 553293
Joanne Psilos, Staff Attorney
BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the within was sent to the Debtors, Debtors' counsel of record, and those parties who filed an appearance by first class mail, postage prepaid.

Dated: 7/25/18

/s/Joanne Psilos
Denise M. Pappalardo, Trustee
BBO # 553293
Joanne Psilos, Staff Attorney
BBO # 556997

## SERVICE LIST

ROBERT W. KOVACS, JR., ESQ.
131 LINCOLN STREET
WORCESTER, MA 01605-2408

MICHAEL A. WALKER
NICOLE R. WALKER
105 PARIS AVENUE
WORCESTER, MA 01603-1661